[Publish]

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

——————

No. 11-12150-AA

——————

ST. HUGH WILLIAMS,

Plaintiff - Appellee,

versus

NCL (BAHAMAS) LTD.,
d.b.a. NCL,

Defendant - Appellant.

--------------------------
On Appeal from the United States District Court for the
Southern District of Florida
--------------------------

BEFORE: TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

This court sua sponte vacates and withdraws its previous opinion in this appeal.

VACATED.